**Dagme ALEMAYEHU, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–1207.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2005.

Decided: Nov. 1, 2005.

Aragaw Mehari, Washington, D.C., for Petitioner. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, Amy E. Ray, Assistant United States Attorney, Asheville, North Carolina, for Respondent.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dagme Alemayehu, a native and citizen of Ethiopia, petitions for review of an order of the Board affirming in part the immigration judge's order denying his re-

quests for asylum and withholding of removal.

■ To obtain reversal of a determination denying eligibility for asylum relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." *INS v. Elias–Zacarias,* 502 U.S. 478, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We have reviewed the evidence of record and conclude that Alemayehu fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief that he seeks.

■ Additionally, we uphold the immigration judge's denial of Alemayehu's request for withholding of removal. "Because the burden of proof for withholding of removal is higher than for asylum— even though the facts that must be proved are the same—an applicant who is ineligible for asylum is necessarily ineligible for withholding of removal under [8 U.S.C.] § 1231(b)(3)." *Camara v. Ashcroft,* 378 F.3d 361, 367 (4th Cir.2004). Because Alemayehu fails to show that he is eligible for asylum, he cannot meet the higher standard for withholding of removal.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*